IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID ALLEN SCOTT, *et al*,

Plaintiffs,

v.

SENECA SAWMILL,

Defendant.

Civ. No. 6:14-cv-01337-MC

ORDER

MCSHANE, Judge:

The Defendant's Unopposed Motion [#137] to Dismiss the FLSA Claims of opt-in plaintiffs **Gregory Ellis, Jason Ferrell, Ronald Fuller, Kristopher Kiliadis, Colt McCay, Anthony Nix, Dennis Roldan, and Daniel Spratt** is **GRANTED**. The claims of these eight opt-in plaintiffs are **DISMISSED** *without* prejudice, but with the provision that they are barred from rejoining the instant action as plaintiffs.

IT IS SO ORDERED.

DATED this 13th day of January, 2016.

/s/ Michael J. McShane
Michael J. McShane
United States District Judge

1 – ORDER